UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HAMMOND, an individual,<br><br>    Plaintiff,<br><br>vs<br><br>COMPAK ASSET MANAGEMENT, INC., a Federally Registered Investment Advisor and California Corporation; COMPAK SECURITIES, INC., a Federally Registered Broker-Dealer and California Corporation; MOEEZ ANSARI, an individual; FEROZ ANSARI, an individual,<br><br>    Defendants. | CASE NO. CV 09-9327-JAK(ANX)<br><br>Honorable John A. Kronstadt<br><br>**ORDER STIPULATION TO DISMISS CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**JS-6** |

  Based upon the settlement and stipulation between the parties, the Court orders the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 7, 20113.    By: _____
                Honorable John A. Kronstadt
                United States District Court Judge
                Central District of California